UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINA JOHNSON,<br><br>                    Plaintiff,<br><br>v.<br><br>LVNV FUNDING LLC, MANDARACH LAW GROUP LLP,<br><br>                    Defendants. | Case No.: 20CV192-GPC(RBB)<br><br>**ORDER SUA SPONTE DISMISSING CASE FOR LACK OF SUBJECT MATTER JURISDICTION** |

      On January 30, 2020, Plaintiff Melina Johnson, proceeding pro se, filed a complaint and motion to proceed in forma pauperis. (Dkt. No. 1.) On November 1, 2019, in Case Number 19cv2099-GPC(RBB), Plaintiff Melina Johnson filed the same complaint and attached a copy of the state court filings. (Dkt. No. 19cv2099-GPC(RBB), Dkt. No. 1.) Recognizing that a notice of removal was necessary, Plaintiff filed an amended notice of removal. (*Id.*, Dkt. No. 4.) After a review of the complaint and notice of removal, on November 22, 2019, the Court sua sponte remanded the case to state court for lack of subject matter jurisdiction. (*Id.*, Dkt. No. 5.) The underlying state court complaint brought by LVNV Funding Inc. alleged causes of action for account stated and

open book account seeking damages in the amount of $5,456.78. (*Id.,* Dkt. No. 4 at 7.[1]) The Court explained that federal question jurisdiction is governed by a properly pleaded complaint and cannot be based on a federal defense or counterclaim as Plaintiff was claiming. (*Id.* citing *Caterpillar Inc. v. Williams*, 482 U.S. 386, 392 (1987); *Holmes Grp., Inc. v. Vornado Air Circulation Sys., Inc.,* 535 U.S. 826, 831-32 (2002).) Because the complaint only alleged state law causes of action, the Court lacked subject matter jurisdiction over the complaint.

In an attempt to circumvent the Court's ruling remanding the case, on January 30, 2020, Plaintiff filed the instant complaint which is identical to the complaint filed in Case Number 19cv2099-GPC(RBB). (Dkt. No. 1.) In the instant complaint, Plaintiff does not attach the state court documents. However, the complaint states, "ANSWER: Case number: 37-2019-00049900-CL-CL-NC", (Dkt. No. 1 at 3), indicating she is filing a response/counterclaim to the state court complaint. Plaintiff improperly filed a complaint in this Court. Because the underlying state court complaint only sought relief on state law causes of action, the Court similarly concludes that it does not have subject matter jurisdiction over the complaint and *sua sponte* DISMISSES the complaint for lack of subject matter jurisdiction.

IT IS SO ORDERED.

Dated: March 3, 2020

Hon. Gonzalo P. Curiel
United States District Judge

---

[1] Page numbers are based on the CM/ECF pagination.